JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-10-258 JAM |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | ) ) | |
| ADIB SIROPE, et al., | ) ) ) | Time: 9:45 a.m. Date: August 28, 2012 Judge: Hon. John A. Mendez |
| Defendants. | ) ) ) ) | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for July 17, 2012. Counsel for the parties requests the date for judgment and sentencing be continued to August 28, 2012 at 9:45am. The Court, on its' own motion, moved the sentencing date in this matter from July 3, 2012 to July 17, 2012. The new date conflicts with a trial Mr. Wiseman will be starting. Following the conclusion of the trial, Mr. Wiseman is scheduled to be on vacation through the month of July and into the beginning of August. Additionally, the Parties are working towards resolution in the forfeiture action. Finally, Counsel for defendant's need additional time to research and respond to information and calculations contained in the PSR.

1

PDF created with pdfFactory trial version www.pdffactory.com

The parties requests the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **8/28/12** |
| Reply, or Statement of Non-Opposition: | 7/31/12 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 7/24/12 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 7/17/12 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 7/10/12 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: May 31, 2012  /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
Adib Sirope

Dated: May 31, 2012  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Rimoun Mansour

Dated: May 31, 2012  Benjamin B. Wagner
United States Attorney

by:  /s/ Steven Lapham
STEVEN LAPHAM
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADIB SIROPE, et al., <br><br> Defendants. | CR NO. S-10-258 JAM <br><br> ORDER TO CONTINUE SENTENCING |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants Adib Sirope and Rimoun Mansour be continued from July 17, 2012 to August 28, 2012 at 9:45 a.m. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

IT IS SO ORDERED.

Dated: 6/1/2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com