JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-10-258 JAM |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | ) ) | |
| ADIB SIROPE, et al., | ) ) ) | Time: 9:45 a.m.<br>Date: September 25, 2012<br>Judge: Hon. John A. Mendez |
| Defendants. | ) ) ) ) | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for August 28, 2012. Counsel for the parties requests the date for judgment and sentencing be continued to September 25, 2012 at 9:45am. Counsel for defendant's need additional time to research and respond to information and calculations contained in the PSR. Also the parties need additional time to meet and discuss restitution and other related issues. The parties requests the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                9/25/12

   Reply, or Statement of Non-Opposition:                           9/18/12

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 9/11/12 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 9/4/12 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 8/28/12 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: July 9, 2012          /s/ Joseph J. Wiseman
                             JOSEPH J. WISEMAN
                             Attorney for Defendant
                             Adib Sirope

Dated: July 9, 2012          /s/ John R. Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Rimoun Mansour

Dated: July 9, 2012          Benjamin B. Wagner
                             United States Attorney

                      by:    /s/ Steven Lapham
                             STEVEN LAPHAM
                             Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-10-258 JAM |
| Plaintiff, | |
| | ORDER TO CONTINUE SENTENCING |
| v. | |
| ADIB SIROPE, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants Adib Sirope and Rimoun Mansour be continued from August 28, 2012 to September 25, 2012. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

IT IS SO ORDERED.

Dated: 7/12/2012          /s/ John A. Mendez
                          Hon. John A. Mendez
                          United States District Court Judge

3

PDF created with pdfFactory trial version www.pdffactory.com