JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-10-258 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING SENTENCING |
| ADIB SIROPE, et al., | Time: 9:45 a.m.<br>Date: November 20, 2012<br>Judge: Hon. John A. Mendez |
| Defendants. | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for October 23, 2012. Counsel for the parties requests the date for judgment and sentencing be continued to November 20, 2012 at 9:45 a.m. Counsel for defendants need additional time to draft formal objections.

2. The parties requests the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **11/20/12** |
| Reply, or Statement of Non-Opposition: | 11/13/12 |

1

PDF created with pdfFactory trial version www.pdffactory.com

| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/6/12 |
|---|---|

IT IS SO STIPULATED.

Dated: October 15, 2012  /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
Adib Sirope

Dated: October 15, 2012  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Rimoun Mansour

Dated: October 15, 2012  Benjamin B. Wagner
United States Attorney

by:  /s/ Steven Lapham
STEVEN LAPHAM
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-10-258 JAM |
| Plaintiff, | |
| | ORDER TO CONTINUE SENTENCING |
| v. | |
| ADIB SIROPE, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants Adib Sirope and Rimoun Mansour be continued from October 23, 2012 to November 20, 2012 at 9:45 a.m. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

IT IS SO ORDERED.

Dated: 10/16/2012                    /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com